# United States District Court

__MIDDLE__ DISTRICT OF __ALABAMA__

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>CRAIG MICHAEL CANADY, SR. | WARRANT FOR ARREST<br><br>CASE NUMBER: 2:06mj006-CSC |

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __Craig Michael Canady, Sr.__
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)

   conspiracy of knowingly and intentionally possessing with intent to distribute marijuana,
   a Schedule I Controlled Substance,

in violation of Title __21__ United States Code, Section(s) __841(a)(1) and 846__

| | |
|---|---|
| CHARLES S. COODY<br>Name of Issuing Officer<br><br>_[signature]_<br>Signature of Issuing Officer<br><br>(By) Deputy Clerk | UNITED STATES MAGISTRATE JUDGE<br>Title of Issuing Officer<br><br>January 17, 2006    Montgomery, Alabama<br>Date and Location |

Bail fixed at $ _____ by _____
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| DATE RECEIVED<br><br>DATE OF ARREST | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |

AO 442 (Rev. 5/81) Warrant for Arrest