**COURTROOM DEPUTY MINUTES** **DATE: 1/17/06**
**MIDDLE DISTRICT OF ALABAMA**

**DIGITAL RECORDING: 4:35 - 4:41**

- √ INITIAL APPEARANCE
- ☐ DETENTION HEARING
- ☐ REMOVAL HEARING (R.40)
- ☐ ARRAIGNMENT
- ☐ ARRAIGNMENT on SUPERSEDING INDICTMENT
- ☐ PRELIMINARY EXAMINATION

PRESIDING MAG. JUDGE CHARLES S. COODY DEPUTY CLERK: WANDA STINSON

CASE NO. 2:05MJ-006-CSC DEFT. NAME: CRAIG M. CANADY

USA: KENT BRUNSON ATTY: KEVIN BUTLER

Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; ( √) CDO ;

USPTSO/USPO: RON THWEATT

Defendant ______ does √ does NOT need an interpreter;

Interpreter present √ NO ______ YES NAME ______

- √ Kars. Date of Arrest 1/17/06 or ☐ karsr40
- √ kia. Deft. First Appearance. Advised of rights/charges. ☐ Pro/Sup Rel Violator
- √ Finaff. Financial Affidavit executed ☐ to be obtained by PTSO
- √ koappted **ORAL ORDER** appointing Community Defender Organization - **Notice to be filed.**
- √ k20appt. Panel Attorney Appointed; ☐ to be appointed - prepare voucher
- ☐ Deft. Advises he will retain counsel. Has retained ______
- ☐ Government's **ORAL** (kgoralm.) Motion for Detention Hrg. ☐ To be followed by written motion;
- ☐ Government's **WRITTEN** Motion for Detention Hrg. filed.
- ☐ **DETENTION HRG** ☐ held; ☐ set for______; ☐ **Prelim. Hrg** ☐ Set for______
- ☐ kotempdtn. **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered
- ☐ kodtn. **ORDER OF DETENTION PENDING TRIAL** entered
- √ kocondrls. Release order entered. ☐ Deft. advised of conditions of release.
- √ kbnd. ☐ **BOND EXECUTED** (M/D AL charges) $ 25,000 Deft released (kloc LR)
  ☐ **BOND EXECUTED** (R.40 charges) - deft to report to originating district as ordered
- ☐ Loc.(LC) Bond **NOT** executed. Deft to remain in Marshal's custody
- ☐ ko. Deft. **ORDERED REMOVED** to originating district
- ☐ kwvprl. Waiver of ☐ Preliminary hearing; ☐ Kwvr40hrg. (Waiver of R.40 Hearing)
- ☐ Court finds **PROBABLE CAUSE.** Defendant bound over to the Grand Jury.
- ☐ Karr. **ARRAIGNMENT** SET FOR:______ ☐ **HELD.** Plea of **NOT GUILTY** entered.
  ☐ **Trial Term** ______; ☐ **PRETRIAL CONFERENCE DATE:** ______
  ☐ **DISCOVERY DISCLOSURES DATE:** ______
- ☐ Krmknn. **NOTICE** to retained Criminal Defense Attorney handed to Counsel
- ☐ krmvhrg. Identity/Removal Hearing set for ______
- ☐ Kwvspt **Waiver of Speedy Trial Act Rights Executed.**

*** Court **ORDERS** that a more thorough investigation be made into defts finance; Also, **ORDERS** that the defendant contribute to cost of attorney.