IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Case No.: 2:06mj6-CSC |
| | ) | |
| **CRAIG MICHAEL CANADY** | ) | |

## MOTION TO CONTINUE PRELIMINARY HEARING

NOW COMES the Defendant, Craig Michael Canady, by and through undersigned counsel, Kevin L. Butler, and hereby moves this Court to continue the preliminary hearing presently scheduled for Friday, January 20, 2006 at 3:00 p.m. Undersigned counsel needs additional time to prepare for the preliminary hearing scheduled for Friday, January 20, 2006, and would request that this Court reschedule this hearing for the week of January 30, 2006.

WHEREFORE, undersigned counsel asks the court to continue the preliminary hearing until the week of January 30, 2006.

Respectfully submitted,

s/ Kevin L. Butler
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138

# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.   ) | Case No.: 2:06mj6-CSC |
| ) | |
| **CRAIG MICHAEL CANADY** ) | |

### CERTIFICATE OF SERVICE

    I hereby certify that on January 19, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Kent Brunson, Esquire
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

                      Respectfully submitted,

                      s/ Kevin L. Butler
                      KEVIN L. BUTLER
                      First Assistant Federal Defender
                      201 Monroe Street, Suite 407
                      Montgomery, Alabama 36104
                      Phone: (334) 834-2099
                      Fax: (334) 834-0353
                      E-mail: kevin_butler@fd.org
                      AZ Bar Code: 014138