IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| vs. | ) | CR. NO.:   2:06MJ6-CSC |
| | ) | |
| CRAIG MICHAEL CANADY | ) | |
| TROY COLDRIDGE WILLIAMS | | |

# **ORDER**

For good cause, it is

**ORDERED** that a preliminary hearing previously scheduled for **January 20, 2006, at 3:00 p.m.**, is hereby CANCELLED.

Done this 20 day of January, 2006.

      /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE